FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 3:10 pm, Jun 03, 2020*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

CORNELL BRUMFIELD,

     Plaintiff,

       v.

C. GARRETT, et al.,

     Defendants.

CIVIL ACTION NO.: 2:20-cv-43

**O R D E R**

Plaintiff, seeking to proceed *in forma pauperis*, brought this action under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971).  By Order dated May 1, 2020, the Court advised Plaintiff of the Prison Litigation Reform Act's procedures and requirements for filing and litigating prison civil rights suits.  Doc. 3.  The Court granted Plaintiff leave to proceed *in forma pauperis* and instructed him to sign and return the Consent to Collection of Fees from his Trust Account and the Prisoner Trust Fund Account Statement forms which were attached to the Court's Order.  Id.  The Court emphasized that Plaintiff must return these forms within 30 days from the date of the May 1, 2020 Order to proceed with this action. Id. at 3–4.  Moreover, the Court made clear that, if Plaintiff did not timely respond to the Order, "the Court will dismiss Plaintiff's case without prejudice for failure to prosecute and follow this Court's Orders."  Id. at 4.

Plaintiff has provided a copy of his prisoner trust account statement.  Doc. 4.  However, the form the Court provided has not been executed, and Plaintiff did not provide his consent form.  Plaintiff was directed to use the forms which the Court attached to its prior Order.  Doc. 3

at 5–7.  Given that Plaintiff has attempted to comply with the Court's prior Order, it will provide him with another opportunity to submit these forms.

The Court **DIRECTS** the Clerk of Court to send Plaintiff a copy of this Order and the Court's prior Order, doc. 3, including the attached Prisoner Trust Fund Account Statement and Consent forms.  Plaintiff shall have **14 days** from the date of this Order to complete in full and return these forms to the Court.  **Should Plaintiff fail to complete and return these forms within these 14 days, the Court will presume that Plaintiff does not intend to pursue this action and will dismiss this case without prejudice**.

**SO ORDERED**, this 3rd day of June, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA