

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:17 pm, Dec 28, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CORNELL BRUMFIELD, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-43 |
| | * | |
| v. | * | |
| | * | |
| WARDEN C. GARRETT, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants in their official capacities under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), Plaintiff's claims against Defendants Garrett and Union in their individual capacities, his Federal Tort Claims Act claims against Defendant Garrett, all claims against the Federal Bureau of Prisons, and

AO 72A
(Rev. 8/82)

Plaintiff's Prison Rape Elimination Act claims against Defendant Solow. Plaintiff's Eighth Amendment excessive force claim against Defendant Solow remains pending. Dkt. No. 15.

SO ORDERED, this 28 day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA