# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CORNELL BRUMFIELD, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-43 |
| | * | |
| v. | * | |
| | * | |
| B. SOLOW, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 47. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendant's Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's claims against Defendant for failure to exhaust available administrative remedies, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment. The Court also **DENIES** Plaintiff *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

**SO ORDERED**, this ___30___ day of ___June___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA