AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CORNELL BRUMFIELD,

    Plaintiff,

v.

B. SOLOW,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:20-cv-043

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 30, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendant's motion to dismiss is granted, Plaintiff's claims against Defendant are dismissed without prejudice, and Plaintiff is denied in forma pauperis status of appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: June 30, 2022

John E. Triplett, Acting Clerk
Clerk

_Jamie Sabalza_
(By) Deputy Clerk